UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DANIEL MILLS, | No. 2:14-cv-00513 DAD P |
| Petitioner, | |
| v. | ORDER |
| FRED FOULK, | |
| Respondent. | |

On March 4, 2014, this court directed respondent to file and serve a response to the petition for writ of habeas corpus, and indicate whether respondent consented to, or declined to consent to, the jurisdiction of the undersigned magistrate judge for all purposes. See 28 U.S.C. § 636(c)(1). (ECF No. 7.) The form states that it shall be completed and returned to the court within thirty days. (ECF No. 8.) On June 19, 2014, after extensions of time within which to file a response, respondent filed the court's form indicating that he declined the jurisdiction of the magistrate judge for all purposes. (ECF No. 14.) Petitioner's counsel objects, on the ground that respondent returned the form more than thirty days after being directed to do by the court. (ECF No. 15.)

Petitioner's objection is overruled. The noted deadline is for the court's administrative convenience and failure to meet the deadline does not, in itself, have any jurisdictional implications. Moreover, the deadline to consent or not was implicitly extended in this case by the

1

extensions accorded to the filing of respondent's responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's objection (ECF No. 15) is overruled.
2. The Clerk of Court shall note on the docket that this case is referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), Local Rule 302(c), and Local General Order No. 262.
3. The Clerk of Court is directed to randomly assign a district judge to this action.

Dated: June 25, 2014

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mill0513.decline.